IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIANA RHEDRICK, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-1729 |
| OPTION ONE MORTGAGE CORPORATION. | : | |

## ORDER

AND NOW, this 16th day of September 2009, upon consideration of all of the

outstanding motions filed by the parties, the attached memoranda of law, the discussion at oral

argument, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as

follows:

1.      Keith Bentrup's Motion to Remand (Doc. 7) is GRANTED.  This case is

REMANDED to the Pennsylvania Court of Common Pleas, Delaware County, for lack of federal

subject matter jurisdiction.

2.      All other outstanding motions (Doc. 6, 8, 9, 18, 22) are DENIED as moot.

3.      The Clerk shall send a copy of this Memorandum and Order to the Disciplinary

Board of the Pennsylvania Supreme Court.

4.      The Clerk shall mark this case as CLOSED.

BY THE COURT:


 /s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.


O:\CIVIL 09-10\09-1729 Rhedrick v. Option One\09-1729 Rhedrick v. Option - Order Memo Outstanding
Motions.wpd