IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIANA RHEDRICK,<br>    Plaintiff,<br><br>v.<br><br>OPTION ONE MORTGAGE CORPORATION,<br>    Defendant. | CIVIL ACTION<br><br><br>NO. 09-1729 |

**MEMORANDUM AND ORDER**

**AND NOW**, this 15th day of June, 2015:

By letter dated October 2, 2014, Raul Jauregui, counsel for Plaintiff Tiana Rhedrick, submitted to chambers a "Motion to File Under Seal and for Leave to File a Memorandum of Law in Excess of the Allowed Page Limit" and a "Motion for Sealing the Record." These motions were not filed with the Clerk's Office or docketed in this case.

On October 9, 2014, the Court ordered movants, Raul Jauregui and Tannia Jauregui, to file a supplemental memorandum of law regarding this Court's subject matter jurisdiction over these motions (ECF 36). With the Court's permission (ECF 38), movants filed a supplemental memorandum of law under seal on October 28, 2014 (ECF 37).

For completeness of the record before the Court rules on the substance of the Motion for Sealing the Record, the two motions submitted to chambers must be filed and docketed.

Therefore, it is hereby **ORDERED** that the Clerk of the Court shall file the Motion to File Under Seal and the Motion for Sealing the Record, as separate motions on the docket. Both motions shall be filed <u>publicly</u>. However, as requested in the Motion to File Under Seal, the

1

Memorandum of Law and supporting exhibits submitted to chambers shall be sealed and maintained in chambers pending further order of the Court.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-1729 Rhedrick v. Option One\09cv1729.memo and order.motion to seal.2015-06-15.docx