IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TIANA RHEDRICK, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 09-1729 |
| OPTION ONE MORTGAGE CORPORATION, | |
| Defendant. | |

### ORDER

**AND NOW**, this 22nd day of June, 2015, after careful review of Raul Jauregui's and Tannia Jauregui's (collectively "the Jareguis") Motion for Sealing the Record (ECF 43), and the supporting memorandum of law and declarations submitted to chambers under seal, it is hereby **ORDERED** that the Motion for Sealing the Record (ECF 43) is **DENIED**.

It is further **ORDERED** that the Jareguis' Motion to File Under Seal and for Leave to File a Memorandum of Law in Excess of the Allowed Page Limit (ECF 42) is **GRANTED IN PART** with respect to the page limits and with respect to sealing the Jareguis' memorandum of law and supporting declarations that were submitted to chambers, and **DENIED IN PART** with respect to sealing the Motion for Sealing the Record (ECF 43), which the Court previously ordered to be filed publicly (ECF 41).

The memorandum of law and declarations submitted to chambers under seal will be maintained at least until the expiration of the time period for appealing this order.

**BY THE COURT:**

**/s/Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-1729 Rhedrick v. Option One\09cv1729.order.motion for sealing record.2015-06-15.docx